FILED 10 DEC 22 10:18 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SAMUEL MCCRARY,

      Plaintiff,             Civ. No. 10-3112-CL

   v.                          **ORDER**

CITY OF TALENT,

      Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation [#6], and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner filed objections [#8]. Accordingly, I have reviewed the file of this case de novo. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas

1 - ORDER

<u>Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the Report and Recommendation is correct.

Magistrate Judge Clarke's Report and Recommendation [#6] is adopted. The complaint [#2] is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 2' day of December, 2010.

*(signature)*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER